Tanya Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA  95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

Attorneys for Plaintiff
Fernando Rubio

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO RUBIO,<br><br>          Plaintiff,<br><br>     vs.<br><br>BEN S. PARK, et al.,<br><br>          Defendant. | No.  1:10-CV-01495-LJO-SMS<br><br>**REQUEST FOR DISMISSAL OF ACTION; ORDER** |

No Defendant having appeared in this action, Plaintiff hereby requests that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the above-captioned action be and hereby is dismissed with prejudice in its entirety.

Date: December 13, 2010                              MOORE LAW FIRM, P.C.


                                                                           /s/Tanya Moore
                                                                           Tanya Moore
                                                                           Attorney for Plaintiff

*Rubio v. Park*
Request for Dismissal

Page 1

1 **ORDER**

2     No Defendant having appeared and upon the request of Plaintiff,

3     **IT IS HEREBY ORDERED** that this action be dismissed with prejudice in its entirety.

4

5 Dated: December 13, 2010          _/s/ Lawrence J. O'Neill_____
                                   United States District Court Judge

*Rubio v. Park*
Request for Dismissal